**UNITED STATES of America ex rel. George BANDEFF, Appellant, v. Benjamin M. DAY, Commissioner of Immigration at the Port of New York, Appellee.**

**No. 404.**

Circuit Court of Appeals, Second Circuit.

June 30, 1930.

---

Gaspare Cusumano, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Leon E. Spencer, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.